TILLIE EIFERMAN et al., Appellants, *v.* CITY OF NEW YORK, Defendant. DI LORENZO & ALFERT, Respondents.

Submitted April 3, 1950; decided April 6, 1950.

*Leo Genzer* and *A. H. Waisman* for motion.

*Harry M. Alfert* opposed.

Motion dismissed upon the ground that an appeal lies as of right.